IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERALD AUBRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-4026 |
| | § | |
| JACINTOPORT | § | |
| INTERNATIONAL, LLC | § | |
| | § | |
| | § | |
| Defendant | § | |

DEFENDANT SEABOARD MARINE LTD.'S
NOTICE OF REMOVAL

Defendant Seaboard Marine Ltd. ("Defendant" or "Seaboard") files its Notice

of Removal of this civil action to the United States District Court for the Southern

District of Texas, Houston Division, and respectfully shows as follows:

I.

PENDING STATE SUIT

1.      On November 2, 2021, Plaintiff Gerald Aubry ("Plaintiff") filed his

Second Amended Petition (the "Petition") naming Seaboard as a defendant in the

189th District Court in Harris County, Texas. In his Petition, Plaintiff alleged causes

of action sounding in negligence for injuries he purportedly received while employed

by Labor Finders, working on assignment as a temporary laborer for Jacintoport

International, LLC ("JPI"), on or about November 19, 2019.

2.      According to Plaintiff's Second Amended Petition, Plaintiff was

allegedly injured while loading containers on the vessel *SB America* when a crane

operator being directed by JPI struck Plaintiff on the head and shoulder with a twist lock, causing injuries to his head, shoulder, cervical spine, back, and body in general.

3.    As a result of the alleged accident, Plaintiff claims to have sustained (1) mental anguish, physical pain and suffering, disability, and loss of enjoyment of life in the past and future; (2) physical impairment in the past and in the future; (3) loss of earnings and loss of earning capacity; and (4) disfigurement in the past and future. Plaintiff pleaded for pre- and post-judgment interest, as well as exemplary damages, in addition to his claim for pecuniary damages.

4.    The name and address of the court from which the case is being removed is:

> 189th Judicial District Court of Harris County, Texas
> 201 Caroline, 12th Floor
> Houston, Texas 77002

5.    Pursuant to Local Rule 81, the following documents are indexed and attached to this Notice of Removal:

Exhibit "A" – Index of matters being filed

Exhibit "B" – Returns of Service of Process

Exhibit "C" – The following petitions and answers filed:

> C-1 – Plaintiff's Original Petition
>
> C-2 – Jacintoport International, LLC's Original Answer
>
> C-3 – Plaintiff's First Amended Petition
>
> C-4 – Plaintiff's Second Amended Petition
>
> C-5 – Seaboard's Original Answer

Exhibit "D" – Order dismissing Jacintoport International, LLC

Exhibit "E" – Docket sheet from Cause No. 2020-35065, *Gerald Aubry v. Jacintoport International, LLC*, in the 189th Judicial District Court of Harris County, Texas

Exhibit "F" – List of all counsel of record including address, telephone, fax number, and the parties they represent, respectively.

## II.

### TIMING OF REMOVAL

6.      Seaboard was served with Plaintiff's Second Amended Petition on November 10, 2021, through service on Seaboard's agent for service of process. Thus, this Notice of Removal is timely in accordance with 28 U.S.C. §1446(b) because this Notice of Removal was filed within 30 days of service of Plaintiff's Second Amended Petition.

## III.

### REMOVAL JURISDICTION

7.      This case is removable to this Court pursuant to 28 U.S.C. § 1441 as being a civil action brought in state court, but over which this federal district court has original jurisdiction.

8.      Under 28 U.S.C. § 1332, an out-of-state defendant may base its removal on diversity jurisdiction, which is proper if the amount in controversy exceeds $75,000 and there is complete diversity of citizenship between the parties. For complete diversity to exist, all persons on one side of the controversy must be citizens of

different states than all parties on the other side. *Donaldson v. Sam's E., Inc.,* No. 21-30189, 2021 U.S. App. LEXIS 31599 at *4 (5th Cir. 2021). Individuals are citizens of the state in which they are domiciled. *Id.* The citizenship of a limited partnership is based upon the citizenship of each of its partners. *Harvey v. Grey Wolf Drilling Co.,* 542 F.3d 1077, 1079 (5th Cir. 2008).

9.      Plaintiff is a resident of Jefferson County, Texas, and a domiciliary of Texas. Seaboard is a foreign limited partnership company with no partners who are citizens of Texas. There are no other parties to this action. Thus, there is complete diversity of citizenship between the parties.

10.     The amount in controversy is satisfied, as Plaintiff has pleaded damages pursuant to Rule 47(c)(5), which, at the time of the filing of this case, provided for "monetary relief over $1,000,000[.]" TEX. R. CIV. P. 47(c)(5) (2013).

## IV.

## VENUE

11.     Under 28 U.S.C. § 1441(a), venue for a removed action is proper in this Court because the District Court of Harris County, Texas, where the state action is pending, is located within this district and division. However, Defendant reserves the right to move for a transfer of this case to a more appropriate venue.

## V.

## JURY DEMAND

12.     Plaintiff demanded a jury trial in state court.

## VI.

### NOTICE TO ADVERSE PARTIES AND TO STATE COURT

13.    As the removing party, Defendant will give Plaintiff prompt written notice of this Notice of Removal as required by 28 U.S.C. § 1446(d).

14.    Defendant will also file a copy of this Notice of Removal with the Clerk of Court for Harris County, Texas, where the state court action is currently pending, as required by 28 U.S.C. § 1446(d), and will serve these pleadings on Plaintiff's counsel.

**WHEREFORE**, Seaboard Marine Ltd. respectfully requests that this Notice of Removal be accepted as good and sufficient and that the above-described action be removed from the District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division for trial and determination as provided by law; that this Court enter such orders and issue such process as may be necessary and proper to bring before it copies of all records and proceedings presently pending in the aforesaid state court suit, and thereupon proceed with this civil action as if originally commenced in this Court; and that this Court enter all necessary and appropriate orders and decrees in accordance with applicable law.

Respectfully submitted,

BY:   */s/ Marc G. Matthews*

Marc. G. Matthews
Federal ID No. 705809
Texas Bar No.: 20455921
910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: 713-626-1386
Telecopier: 713-626-1388
Email: marc.matthews@phelps.com
**ATTORNEY-IN-CHARGE FOR
DEFENDANT SEABOARD MARINE
LTD.**

OF COUNSEL:
**PHELPS DUNBAR LLP**
Andrew R. Nash
Federal ID No. 1690806
Texas Bar No.: 24083550
Email: andy.nash@phelps.com
910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: 713-626-1386
Telecopier: 713-626-1388

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on the 10th day of December, 2021, on the following parties:

Christopher T. Kirchmer
Fabiana Baum
PROVOST UMPHREY LAW FIRM
490 Park St.
P.O. Box 4905
Beaumont, Texas 77704
ckirchmer@pulf.com
fbaum@pulf.com
**ATTORNEYS FOR PLAINTIFF**

/s/ *Marc G. Matthews*
Marc G. Matthews

PD.36155096.1